ised Casey Mendenhall that the OSLP entitled her to "minimum financial responsibility limits" from Enterprise and from the excess insurer (Empire). We therefore conclude that the trial court properly held that Empire was not liable to Appellants for an additional minimum sum of $25,000. Point denied.

### Conclusion

The judgment of the trial court is affirmed.

LAWRENCE E. MOONEY, P.J., and ROBERT G. DOWD, JR., J., concur.

Before Division Four: JAMES EDWARD WELSH, C.J., ALOK AHUJA, J., and JACK R. GRATE, Sp. J.

### ORDER

PER CURIAM:

John Michael Loomis appeals the circuit court's judgment convicting him of first-degree murder and armed criminal action. We affirm. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**John Michael LOOMIS, Appellant.**

**No. WD 74753.**

Missouri Court of Appeals,
Western District.

Aug. 6, 2013.

Application for Transfer to Supreme Court Denied Oct. 1, 2013.

Application for Transfer Denied Nov. 26, 2013.

Roxanna Mason, St. Louis, MO, for Appellant.

Jessica Meredith, Jefferson City, MO, for Respondent.

**STATE of Missouri, Respondent,**

v.

**Bernardo COSTA, Appellant.**

**No. WD 75950.**

Missouri Court of Appeals,
Western District.

Aug. 6, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 1, 2013.

Application for Transfer Denied Nov. 26, 2013.

Bernando Costa, Cameron, MO, pro se.

Shaun Mackelprang, Jefferson City, MO, for respondent.

Before Division Four: JAMES E. WELSH, C.J., and LISA WHITE HARDWICK and ALOK AHUJA, JJ.